# UNITED STATES BANKRUPTCY COURT
Northern District of Illinois

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 10/27/14.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors –– Do not file this notice in connection with any proof of claim you submit to the court.
See Reverse Side For Important Explanations**

| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): | |
|---|---|
| Dariusz R Szymaszek<br>1320 Elmhurst Lane<br>Schaumburg, IL 60194 | Agnieszka E Szymaszek<br>1320 Elmhurst Lane<br>Schaumburg, IL 60194 |
| Case Number: 14–38899<br>Office Code: 1 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx–xx–6922<br>xxx–xx–4074 |
| Attorney for Debtor(s) (name and address):<br>Arthur Czaja<br>Law Office of Arthur C. Czaja<br>6121 N. Northwest Hwy., Ste. 104<br>Chicago, IL 60631<br>Telephone number: (773) – 7750495 | Bankruptcy Trustee (name and address):<br>Catherine L. Steege ESQ<br>Jenner & Block<br>353 N. Clark Street<br>Chicago, IL 60654<br>Telephone number: 312–222–9350 |

## Meeting of Creditors:
Date: **December 10, 2014**          Time: **02:00 PM**

Location: **219 South Dearborn, Office of the U.S. Trustee, 8th Floor, Room 800, Chicago, IL 60604**

**All debtors are required to attend and bring a picture ID and proof of their Social Security Number to the 341 meeting.**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

**The presumption of abuse does not arise.**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to Object to Debtor's Discharge *or* to Challenge Dischargeability of Certain Debts: 2/9/15**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

**Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.**

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| Address of the Bankruptcy Clerk's Office:<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604<br>Telephone number: 1–866–222–8029 | For the Court:<br>Clerk of the Bankruptcy Court:<br>Jeffrey P. Allsteadt |
|---|---|
| Hours Open: Monday – Friday 8:30 AM –4:30 PM | Date: October 28, 2014 |

# EXPLANATIONS

B9A (Official Form 9A) (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

```
                              United States Bankruptcy Court
                              Northern District of Illinois
```

In re:                                                              Case No. 14-38899-JBS
Dariusz R Szymaszek                                                 Chapter 7
Agnieszka E Szymaszek
        Debtors                        **CERTIFICATE OF NOTICE**

District/off: 0752-1            User: cshabez              Page 1 of 2              Date Rcvd: Oct 28, 2014
                                Form ID: b9a               Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 30, 2014.
```
db/jdb         +Dariusz R Szymaszek,    Agnieszka E Szymaszek,    1320 Elmhurst Lane,    Schaumburg, IL 60194-2740
22565206       +Acs/Clc College Loan C,    501 Bleecker St,    Utica, NY 13501-2401
22565213      ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
                (address filed with court:   Infiniti Fin Svcs,    990 W 190th St,    Torrance, CA 90502)
22565216       +Pnc Bank, N.A.,    1 Financial Pkwy,    Kalamazoo, MI 49009-8002
22565226       +Worlds Foremost Bank N,    4800 Nw 1st St Ste 300,    Lincoln, NE 68521-4463
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: attorneyarthur@aol.com Oct 29 2014 01:25:56      Arthur Czaja,
                Law Office of Arthur C. Czaja,   6121 N. Northwest Hwy., Ste. 104,   Chicago, IL  60631
tr             +EDI: QCLSTEEGE.COM Oct 29 2014 10:51:00      Catherine L. Steege, ESQ,    Jenner & Block,
                353 N. Clark Street,   Chicago, IL 60654-5474
22565208        EDI: BANKAMER.COM Oct 29 2014 10:20:00      Bk Of Amer,    Po Box 982235,    El Paso, TX 79998
22565207       +EDI: BANKAMER.COM Oct 29 2014 10:20:00      Bk Of Amer,    9000 Southside Blvd Bldg,
                Jacksonville, FL 32256-6705
22565209       +EDI: CHASE.COM Oct 29 2014 10:09:00      Chase,    Po Box 15298,   Wilmington, DE 19850-5298
22565210       +EDI: CITICORP.COM Oct 29 2014 10:18:00      Citi,    Po Box 6241,   Sioux Falls, SD 57117-6241
22565212       +E-mail/Text: bankruptcy@commercebank.com Oct 29 2014 01:27:20      Commerce Bk,    Po Box 411036,
                Kansas City, MO 64141-1036
22565214       +EDI: CBSKOHLS.COM Oct 29 2014 10:00:00      Kohls/Capone,    N56 W 17000 Ridgewood Dr,
                Menomonee Falls, WI 53051-7096
22565215       +EDI: TSYS2.COM Oct 29 2014 10:11:00      Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
22565219       +EDI: SEARS.COM Oct 29 2014 10:18:00      Sears/Cbna,    Po Box 6189,   Sioux Falls, SD 57117-6189
22565218       +EDI: SEARS.COM Oct 29 2014 10:18:00      Sears/Cbna,    Po Box 6283,   Sioux Falls, SD 57117-6283
22565220       +EDI: RMSC.COM Oct 29 2014 10:28:00      Syncb/Mohawk Color Ctr,    C/O Po Box 965036,
                Orlando, FL 32896-0001
22565221       +EDI: RMSC.COM Oct 29 2014 10:28:00      Syncb/Sams Club,    Po Box 965005,
                Orlando, FL 32896-5005
22565222       +EDI: RMSC.COM Oct 29 2014 10:28:00      Syncb/Toysrusdc,    Po Box 965005,
                Orlando, FL 32896-5005
22565223       +EDI: WTRRNBANK.COM Oct 29 2014 10:10:00      Target Nb,    Po Box 673,
                Minneapolis, MN 55440-0673
22565224       +EDI: WTRRNBANK.COM Oct 29 2014 10:10:00      Td Bank Usa/Targetcred,    Po Box 673,
                Minneapolis, MN 55440-0673
22565225        EDI: USBANKARS.COM Oct 29 2014 10:39:00      Us Bank,    4325 17th Ave S,    Fargo, ND 58125
                                                                                               TOTAL: 17

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22565211*       +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
22565217       ##+Pnc Mortgage,   Po Box 8703,    Dayton, OH 45401-8703
                                                                                  TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2014                              Signature:  /s/Joseph Speetjens

---

**CM/ECF NOTICE OF ELECTRONIC FILING**

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2014 at the address(es) listed below:

        Arthur   Czaja    on behalf of Debtor Dariusz R Szymaszek attorneyarthur@aol.com
        Arthur   Czaja    on behalf of Joint Debtor Agnieszka E Szymaszek attorneyarthur@aol.com
        Catherine L. Steege, ESQ    csteege@jenner.com,   csteege@ecf.epiqsystems.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

        TOTAL: 4