B18J (Official Form 18J) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
Case No. 14−38899
**Chapter 7**

In re: Debtors (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Dariusz R Szymaszek | Agnieszka E Szymaszek |
| 1320 Elmhurst Lane | 1320 Elmhurst Lane |
| Schaumburg, IL 60194 | Schaumburg, IL 60194 |

Social Security / Individual Taxpayer ID No.:
  xxx−xx−6922                                             xxx−xx−4074

Employer Tax ID / Other nos.:

## DISCHARGE OF JOINT DEBTORS

      It appearing that the debtors are entitled to a discharge, **IT IS ORDERED:** The debtors are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT

Dated: <u>February 10, 2015</u>                          <u>Jeffrey P. Allsteadt, Clerk</u>
                                                                        United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                            United States Bankruptcy Court
                            Northern District of Illinois
In re:                                                             Case No. 14-38899-JBS
Dariusz R Szymaszek                                                Chapter 7
Agnieszka E Szymaszek
        Debtors              CERTIFICATE OF NOTICE
District/off: 0752-1          User: admin                  Page 1 of 1                  Date Rcvd: Feb 10, 2015
                              Form ID: b18                 Total Noticed: 22
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 12, 2015.
```
db/jdb         +Dariusz R Szymaszek,    Agnieszka E Szymaszek,    1320 Elmhurst Lane,    Schaumburg, IL 60194-2740
22565206       +Acs/Clc College Loan C,    501 Bleecker St,    Utica, NY 13501-2401
22565213      ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
                (address filed with court:   Infiniti Fin Svcs,     990 W 190th St,    Torrance, CA 90502)
22565216       +Pnc Bank, N.A.,    1 Financial Pkwy,    Kalamazoo, MI 49009-8002
22565217       +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
22565226       +Worlds Foremost Bank N,    4800 Nw 1st St Ste 300,    Lincoln, NE 68521-4463
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr             +EDI: QCLSTEEGE.COM Feb 11 2015 01:29:00      Catherine L. Steege, ESQ,    Jenner & Block,
                 353 N. Clark Street,    Chicago, IL 60654-5474
22565208        EDI: BANKAMER.COM Feb 11 2015 01:28:00      Bk Of Amer,    Po Box 982235,    El Paso, TX 79998
22565207       +EDI: BANKAMER.COM Feb 11 2015 01:28:00      Bk Of Amer,    9000 Southside Blvd Bldg,
                 Jacksonville, FL 32256-6705
22565209       +EDI: CHASE.COM Feb 11 2015 01:28:00      Chase,    Po Box 15298,    Wilmington, DE 19850-5298
22565210       +EDI: CITICORP.COM Feb 11 2015 01:28:00      Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
22565212       +E-mail/Text: bankruptcy@commercebank.com Feb 11 2015 01:43:36      Commerce Bk,    Po Box 411036,
                 Kansas City, MO 64141-1036
22565214       +EDI: CBSKOHLS.COM Feb 11 2015 01:28:00      Kohls/Capone,    N56 W 17000 Ridgewood Dr,
                 Menomonee Falls, WI 53051-7096
22565215       +EDI: TSYS2.COM Feb 11 2015 01:28:00      Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
22565219       +EDI: SEARS.COM Feb 11 2015 01:28:00      Sears/Cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
22565218       +EDI: SEARS.COM Feb 11 2015 01:28:00      Sears/Cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
22565220       +EDI: RMSC.COM Feb 11 2015 01:28:00      Syncb/Mohawk Color Ctr,    C/O Po Box 965036,
                 Orlando, FL 32896-0001
22565221       +EDI: RMSC.COM Feb 11 2015 01:28:00      Syncb/Sams Club,    Po Box 965005,
                 Orlando, FL 32896-5005
22565222       +EDI: RMSC.COM Feb 11 2015 01:28:00      Syncb/Toysrusdc,    Po Box 965005,
                 Orlando, FL 32896-5005
22565223       +EDI: WTRRNBANK.COM Feb 11 2015 01:28:00      Target Nb,    Po Box 673,
                 Minneapolis, MN 55440-0673
22565224       +EDI: WTRRNBANK.COM Feb 11 2015 01:28:00      Td Bank Usa/Targetcred,    Po Box 673,
                 Minneapolis, MN 55440-0673
22565225        EDI: USBANKARS.COM Feb 11 2015 01:28:00      Us Bank,    4325 17th Ave S,    Fargo, ND 58125
                                                                                              TOTAL: 16

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22565211*      +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 10, 2015 at the address(es) listed below:
```
              Arthur   Czaja    on behalf of Debtor Dariusz R Szymaszek arthur@czajalawoffices.com
              Arthur   Czaja    on behalf of Joint Debtor Agnieszka E Szymaszek arthur@czajalawoffices.com
              Catherine L. Steege, ESQ   csteege@jenner.com,    csteege@ecf.epiqsystems.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 4
```